# PLAINTIFF'S EXHIBIT D

# VICTOR GREIG REJECTION DOCUMENTS

BP-A0327
CDFRM APR 10

**RETURNED CORRESPONDENCE**

**U.S. DEPARTMENT OF JUSTICE**                                    **FEDERAL BUREAU OF PRISONS**

| TO: Pastor Victor Greig | FROM: United States Penitentiary<br>Administrative Maximum<br>P.O. Box 8500<br>Florence, CO 81226-8500 |
|---|---|
| RE: YORK, Dwight D<br>Reg. No. 17911-054 | DATE: August 20, 2019 |

SUBJECT:   Correspondence with Inmate Returned

Your correspondence to the above named inmate is being returned. This correspondence was not delivered to the inmate because the inmate is not approved to correspond with you.

The rejection of this correspondence is in accordance with the Federal Bureau of Prisons policy on "Correspondence" as published in Title 28 Code of Federal Regulations, Part 540 and in the Federal Bureau of Prisons Program Statement on correspondence. You have the right to appeal this rejection by writing the Warden in care of the above address. The inmate to whom you addressed your correspondence has been notified that this correspondence has been returned to you and of his or her right to appeal the rejection.

Andre Matevousian, Complex Warden

Record Copy - Addressee (with Correspondence); Copy - Inmate; Copy - File
(with copy of Correspondence)

WDP                              Prescribed by P5800              Replaces BP-327(58) of FEB 84

BP-A0328    STAMPS, NEGOTIABLE INSTRUMENT & OTHER RETURNED TO SENDER  CDFRM
APR 11

**U.S. DEPARTMENT OF JUSTICE**                                    **FEDERAL BUREAU OF PRISONS**

| TO: (Sender - See Return Address) | FROM: (Institution) |
|---|---|
| Pastor Victor Greig<br>442 E. Tulpehocken St.<br>Philadelphia, PA 19144 | UNITED STATES PENITENTIARY/ADX<br>P.O. BOX 8500<br>FLORENCE, CO 81226 |

| INMATE'S NAME: | REGISTER NUMBER: | DATE: |
|---|---|---|
| York, Dwight | 17911-054 | 06-19-2019 |

Check all that apply:

| | Material Rejected and Returned | | Package Refused and Returned |
|---|---|---|---|
| | Your correspondence has been examined and: | | The contents of your correspondence have **NOT** been examined, however it is being returned to you because: |
| | You enclosed stamps or stamped items that cannot be given to the inmate. | | The inmate has failed to obtain an authorized BP-331, Authorization to Receive Package or Property. |
| | You enclosed a negotiable instrument. Negotiable instruments are to be forwarded to the National Lockbox at the following address:<br>Federal Bureau of Prisons<br>[Insert Inmate Name]<br>[Insert Inmate Register Number]<br>Post Office Box 474701<br>Des Moines, Iowa 50947-0001 | | The package has not been properly marked "Authorized by Bureau Policy" in accordance with Program Statement 5800.16, Mail Management Manual, or fails to reasonably indicate the package is authorized by Bureau policy. |
| | You enclosed the following unauthorized material: | | The inmate recipient could not be identified due to missing, incorrect, or an illegible name and/or register number. |
| | Stationary/Blank Greeting Cards | | |
| | Plant Shavings | | |
| | Sexually Explicit Personal Photos | | |
| ✓ | Other (specify below) | | |
| | The following material cannot be inspected without damage: | | |
| | Electronic Musical Greeting Card | | |
| | Padded Card | | |
| | Double Faced Polaroid Photos | | |
| | Other (specify below) | | |

Your correspondence or letter has, however, been provided to the inmate with a copy of this notice.

Specific Material Returned:
All incoming general correspondence envelopes and paper must be white in color.

_(signature)_

(Printed or Typed Name and Written Signature of Correctional Systems Officer)
S. O'Donnell, CSO

Record Copy - Addressee (with material); Copy - Inmate; Copy - Mail Room File.
PDF                        Prescribed by P5800                  Replaces BP-328.058 of APR 94

BP-A0660
JUN 10

NCIC CHECK CDFRM

**U.S. DEPARTMENT OF JUSTICE**     **FEDERAL BUREAU OF PRISONS**

AUTHORIZATION FOR RELEASE OF INFORMATION
NCIC (National Crime Information Center) CHECK

I hereby authorize a representative of the Federal Bureau of Prisons to obtain any information on my criminal history background. I understand that this check must be done before I am allowed to enter/serve at any Bureau facility. I also understand that refusal to provide all necessary information may result in 1) denial of entry into a Bureau facility and 2) denial of volunteer/contract status.

1. Name (Last, First, Middle): GREIG VICTOR JASON
2. Address (Street address) (City, State, County, Zip Code): 442 EAST TULPEHOCKEN ST. Phila. PA. 19144
3. Home Telephone Number (Area Code, Number): 215 840 6252
4. Aliases/Nickname: MAKIYN
5. Citizenship (List the country you are a citizen of): U.S.A. & TRINIDAD
6. Social Security Number: 124 62 8701
7. Date of Birth (Month, day, year): MAY 8th 1963
8a. Sex: MALE
8b. Race: BLACK
8c. Height: 5' 5"
8d. Weight: 180
8e. Color of Eyes: BROWN
9f. Color of Hair: BLACK
9. Place of Birth (City, State, County), (List city, county and country if outside the U.S.A): PORT OF SPAIN TRINIDAD.
10. The above listed information is true and correct. Applicant's Signature: [signed] Victor Greig
10a. Date: 9-19-15

PRIVACY ACT NOTICE

**Authority for Collecting Information:** E.O. 10450; 5 USC 1303-1305; 42 USC 2165 and 2455; 22 USC 2585 and 2519; and 5 USC 3301

**Purposes and Uses:** Information provided on this form will be furnished to individuals in order to obtain information regarding activities in connection with an investigation to determine (1) fitness for Federal employment, (2) clearance to perform contractual service for the Federal Government, (3) security clearance or access. The information obtained may be furnished to third parties as necessary in the fulfillment of official responsibilities.

**Effects of Non-disclosures:** Furnishing the requested information is voluntary, but failure to provide all or of part the information may result in lack of further consideration for employment, clearance or access, or in the termination of your employment.

PDF                                                                    Prescribed by P1280