IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-01503-MEH

DWIGHT D. YORK,

        Plaintiff,

vs.

FEDERAL BUREAU OF PRISONS, THE, et al.,

        Defendant.

## JUDGMENT

PURSUANT to and in accordance with Fed. R. Civ. P. 58(a) and the orders entered in this case, FINAL JUDGMENT is entered.

Pursuant to the Order [ECF 48, issued on July 18, 2022] of Magistrate Judge Michael E. Hegarty GRANTING the Defendants' Motion for Summary Judgment for Failure to Exhaust [ECF 37, filed May 3, 2022] which order is incorporated by reference, it is

ORDERED judgment shall be entered IN FAVOR of ALL Defendants, and, AGAINST the Plaintiff, Dwight D. York, on all claims for relief and causes of action asserted in this case.

Dated at Denver, Colorado, this 18th day of July 2022.

        FOR THE COURT:
        Jeffrey P. Colwell, Clerk

        By *s/ C. Thompson*
          C. Thompson
          Deputy Clerk