IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-01503-MEH

DWIGHT D. YORK,

    Plaintiff,

v.

THE FEDERAL BUREAU OF PRISONS,
ANDREW MATEVOUSIAN, in his individual and official capacities,
J. FOX, in his individual and official capacities,
KERRI LEWIS-HICKS, in her individual and official capacities,
A. TUTTOILMONDO, in his official capacity,
C. SYNSVOLL, in his official capacity, and
M. SANTISTEVAN, in his individual and official capacities,

    Defendants.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 16, 2022.**

    Before the Court are the "Notice of Special Appearance" ("Notice") (ECF 50) and "Pray to Reconsider Order to Dismiss and Notice of Intent to File for Relief on Appeal" ("Motion") (ECF 51) filed by "Nysut: Amun Re" and "Nasat: Duamutef En Aatun" of the Yamassee Tribe of the Creek Nation. The Notice is signed by "Nasat: Duamutef En Aatun," and the Motion is signed by "Nanya: Sa'ud-El: Atta Bey 33*/95*/360*." In any event, none of these individuals are parties to this case, nor have they been granted leave to intervene pursuant to Fed. R. Civ. P. 24. They also fail to establish why they would have standing to challenge this Court's dismissal order. Further, beyond claiming that "Maku: Black Thunderbird Eagle, M. Z. York-El [is] being held as an involuntary surety for ex rel: DWIGHT D. YORK," ECF 51 at 1, the Motion does not provide any legal authority or argument for reconsideration. For these reasons, the Motion [filed August 11, 2022; ECF 51] is **denied**, and the Court directs the Clerk of Court to **strike** the Notice.